IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL CURRY,

    Plaintiff,

v.

                                                        Case No. 19-cv-775-jdp

UNIT MANAGER MELLENBERGER
and WARDEN RICHARDSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_/s/_                                            11/7/2019
Peter Oppeneer, Clerk of Court                Date